

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-13-00834-CR

CAYLON JOHNSON, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 174th District Court of Harris County.  (Tr. Ct. No. No. 1338721).

This case is an appeal from the final judgment signed by the trial court on August 15, 2013.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.  Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that this decision be certified below for observance.

Judgment rendered September 22, 2015.

Panel consists of Chief Justice Radack and Justices Bland and Huddle.